MEMORANDUM OPINION



No. 04-03-00103-CV


IN RE Robert Keith ROMERO


Original Mandamus Proceeding


Arising from the 408th Judicial District Court, Bexar County, Texas 


Trial Court No. 1998-CI-09292

Honorable Phylis J. Speedlin, Judge Presiding





PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sandee Bryan Marion, Justice 


Delivered and Filed: February 19, 2003


PETITION FOR WRIT OF MANDAMUS DENIED


 On February 10, 2003, relator filed a petition for writ of mandamus. This court has
determined that relator is not entitled to the relief sought. Therefore, the petition is denied. Tex. R.
App. P. 52.8(a).

 PER CURIAM

Publish